# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00546-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Yatalie Capital Management | ) | |
| Frank Dappah, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2015 Order.

August 28, 2015

_____

Frank G. Johns, Clerk
United States District Court